# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHEN SALASSI AND JENNIFER
SALASSI

NO.  2023 CW 0041

VERSUS

STEVE BLACKWELL, RHONDA
BLACKWELL, MICHAEL FREELAND,
AND K.W.E.J., LLC, D/B/A
KELLER WILLIAMS REALITY 455-
0100

**MARCH 6, 2023**

In Re:    Stephen Salassi and Jennifer Salassi, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 202111751.

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT NOT CONSIDERED.**  This writ application failed to
include a copy of each pleading on which the judgment was
founded, including the petition(s), a copy of any opposition and
any attachments thereto filed in the trial court or a statement
by the applicant that no opposition was filed, the pertinent
court minutes, the notice of intent and return date order, in
violation of Rule 4-5(C)(8), (9), (10) and (11) of the Uniform
Rules of Louisiana Courts of Appeal.

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relators seek to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted herein and documentation to
show that the original writ application was timely, and must
comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-
12.2.  Any new application must be filed on or before March 21,
2023 and must contain a copy of this ruling.

                          **JEW**
                          **AHP**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*
_____
   DEPUTY CLERK OF COURT
      FOR THE COURT